```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW MEXICO
                       ALBUQUERQUE DIVISION


UNITED STATES OF AMERICA,    )    CASE NO: 1:13-MJ-01495-RHS
                             )
           Plaintiff,        )         CRIMINAL
                             )
    vs.                      )     Albuquerque, New Mexico
                             )
ISAIAH DEAN TRUJILLO,        )      Tuesday, May 7, 2013
                             )      (9:48 a.m. to 9:52 a.m.)
           Defendant.        )


             PRELIMINARY EXAMINATION / DETENTION HEARING


             BEFORE THE HONORABLE ROBERT H. SCOTT,
                UNITED STATES MAGISTRATE JUDGE



Appearances:              See Next Page

Court Reporter:           Recorded; Digital; Hondo

Clerk:                    C. Lopez

Transcribed by:           Exceptional Reporting Services, Inc.
                          P.O. Box 18668
                          Corpus Christi, TX 78480-8668
                          361 949-2988




Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

**APPEARANCES FOR:**

Plaintiff:              NIKI TAPIA-BRITO, ESQ.
                        U.S. Attorney's Office
                        District of New Mexico
                        P.O. Box 607
                        Albuquerque, NM 87103

Defendant:              ALONZO J. PADILLA, ESQ.
                        Office of the Federal Public Defender
                        First State Bank Building
                        111 Lomas Boulevard NW
                        Suite 501
                        Albuquerque, NM 87102

U.S. Probation/Pretrial: Anthony Galaz

```
 1         Albuquerque, New Mexico; Tuesday, May 7, 2013; 9:48 a.m.
 2                              (Call to Order)
 3              THE CLERK:  United States of America versus Isaiah
 4   Dean Trujillo.
 5              MS. TAPIA-BRITO:  Niki Brito on behalf of the United
 6   States.
 7              MR. PADILLA:  Good morning, your Honor, Alonzo
 8   Padilla for Mr. Trujillo who also appears.
 9              THE COURT:  Good morning, Counsel.
10              Will our deputy please swear the Defendant?
11              THE CLERK:  Can you raise your right hand?
12         (Defendant sworn)
13              THE COURT:  Mr. Trujillo, your attorney just handed
14   me this form.  It's a Waiver of Preliminary Hearing.  Did you
15   have enough time to read this and are you satisfied that you
16   understand what you're waiving?
17              THE DEFENDANT:  Yes, sir.
18              THE COURT:  Is this your signature on it?
19              THE DEFENDANT:  Yes, sir.
20              THE COURT:  The Court finds a knowing waiver with the
21   full understanding as to its meaning and effect.  I make a
22   finding of probable cause and bind this matter over for further
23   proceedings.
24              Counsel, do you wish to speak to his conditions of
25   release?
```

1          **MR. PADILLA:**  I would, your Honor.  Obviously these
2   are very serious charges and it has affected my client
3   personally because one of the victims was his girlfriend that
4   he'd been with for three years and the other victim was his --
5   who he considered his grandmother.  So he's definitely very
6   hurt about what happened.  He, I think, very clearly has no
7   intention of ever drinking or driving again.  I think maybe
8   part of the problem is him being up in Dulce.
9          So I'm proposing that he be released to the third-
10  party custody of his sister, Apalonia Martinez who lives here
11  in Albuquerque.  She's lived here for a number of years and
12  works at P&M as an electrical engineer.  She also lives with
13  her mother and one of her sisters and they've made it very
14  clear that they will not allow any liquor in the house.  In
15  fact, they are very conservative Christians that do not allow
16  any liquor at all in their home.
17         He, I think, is very much in need of counseling for
18  what he went through and also for obviously a drinking problem
19  which is evidenced by the number of arrests that he's had in
20  Dulce for alcohol-related offenses.
21         We'd ask the Court to consider releasing him to the
22  third-party custody of his sister under the strictest
23  conditions which require him to be on electronic monitoring and
24  to only leave the residence if he has the permission of his
25  Pretrial Services officer.

1       In the alternative, your Honor, I'd ask that he be
2  released to the halfway house with the condition that he not
3  return to Dulce under any circumstances.
4       **THE COURT:**  Does the Government wish to be heard?
5       **MS. TAPIA-BRITO:**  Yes, your Honor.  We ask the --
6  that the Court take judicial notice of the Presentence Report.
7  We do believe that there's a risk of nonappearance in this
8  particular case and a danger to the community based on the
9  Defendant's criminal history, Judge.  We don't think that there
10 are any conditions that can secure the safety of the community.
11      **MR. PADILLA:**  Other than he would be, your Honor, as
12 I indicated, on electronic monitoring with the restriction of
13 no drinking and no driving.  He has no arrests off the Dulce
14 reservation or off the Jicarilla reservation and all charges
15 are on the reservation and there's no disposition noted for any
16 of those charges although I concede there are a number of them
17 that would concern, I think, the Court at this point.
18      **THE COURT:**  Thank you, Counsel.
19      Speaking to his family members, I appreciate your
20 appearance here this morning and I would encourage you-all to
21 take a look at his five-page criminal history that he's
22 accumulated.  I think he's only 23 years old or approximately.
23 These -- I'm not going to go through these in open court, the
24 things that you've been involved in but they range from
25 resisting arrest, multiple -- it's just constant intoxication.

1  In fact, I think you were intoxicated when they arrested you --
2  is what it indicates to me.
3          You've resisted every time -- almost every time
4  you've gotten involved with law enforcement and multiple child
5  abuse, failures to appear, DWIs, contempt of court.  You pretty
6  much have been doing whatever you want to do whenever you want
7  to do it and I find you to be a substantial danger to the
8  community and a substantial flight risk.  And I'm going to
9  remand you back to the custody of the Marshal.  Thank you.
10         **MR. PADILLA:**  Your Honor, I have one other request.
11 I know the Court can't make this decision but he's at the
12 Cibola County Detention Facility at this point and is still
13 having numerous problems as a result of the accident himself
14 and I think he might receive better treatment if he was
15 transferred to the Torrance County Detention Center.  So I'd
16 ask that the Marshal consider that request.
17         **THE COURT:**  He's going to stay where the Marshals put
18 him.  All right, we'll be in recess.
19         **MR. PADILLA:**  Yes, sir, thank you.
20    **(This proceeding adjourned at 9:52 a.m.)**
21
22
23
24
25

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____     July 7, 2013

TONI HUDSON, TRANSCRIBER

EXCEPTIONAL REPORTING SERVICES, INC