FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 11 2014
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 13-1866 MV |
| | ) | |
| vs. | ) | Counts 1 and 2: 18 U.S.C. §§ 1153 and |
| | ) | 1112: Involuntary Manslaughter. |
| ISAIAH DEAN TRUJILLO, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about April 24, 2013, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ISAIAH DEAN TRUJILLO**, an Indian, did unlawfully kill Jane Doe 1, while in the commission of a lawful act not amounting to a felony, that is, while operating a motor vehicle under the influence of alcohol, contrary to § 66-8-102 NMSA (1978).

In violation of 18 U.S.C. §§ 1153 and 1112.

### Count 2

On or about April 24, 2013, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ISAIAH DEAN TRUJILLO**, an Indian, did unlawfully kill Jane Doe 2, while in the commission of a lawful act not amounting to a felony, that is, while operating a motor vehicle under the influence of alcohol, contrary to § 66-8-102 NMSA (1978).

In violation of 18 U.S.C. §§ 1153 and 1112.

STEVEN C. YARBROUGH
Acting United States Attorney

*[signature: Jennifer Rozzoni]*
JENNIFER M. ROZZONI
Assistant United States Attorney
201 Third Street, Suite 900
Albuquerque, NM 87102
(505) 346-7274