# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 13-1866 MV | UNITED STATES vs. Trujillo |
|---|---|

### Before The Honorable Karen B. Molzen , United States Magistrate Judge

| Hearing Date: | 3/12/14 | Time In and Out: | 10:30 -10:48 a.m. |
|---|---|---|---|
| Clerk: | E. Romero | Digital Recording: | ABQ-Cimarron |
| Defendant: | Isaiah Dean Trujillo | Defendant's Counsel: | Alonzo Padilla |
| AUSA: | Jennifer Rozzoni | Interpreter: | n/a |

☐ Sworn
☐ Waived

| ☒ | Defendant Sworn | ☐ | First Appearance |
|---|---|---|---|

☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of: **Information**

☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☒ Terms and conditions of proposed plea agreement explained.

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement.

☒ Deft pleads GUILTY to: **Information**

☒ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☐ Defendant to Remain in Custody

| ☒ Present conditions of release continued | ☐ | Conditions changed to: |
|---|---|---|

☐ Penalty for failure to appear explained

| ☒ Presentence Report Ordered | ☐ | Expedited (Type III) |
|---|---|---|

Other Matters: Government moves to detain; Court denies