November 19, 2014

The Honorable Judge Martha Vazquez
United States District Court
Santiago E. Campos Courthouse
106 South Federal Place, Second Floor
Santa Fe, New Mexico 87501

Re: Isaiah Trujillo, USDC No. 13CR1866 MV

Dear Honorable Judge Vazquez,

My name is Apollonia Martinez and I am writing this letter in reference to my brother, Isaiah Dean Trujillo. I am currently employed with Public Service Company of New Mexico (PNM); my position in our company is titled Substation Design Engineer. I have been employed with PNM since June 2010, I was hired on with PNM within a week after graduating in May 2010, with my Bachelor of Science Degree in Electrical Engineering. I am currently working toward my Masters of Science Degree in Electrical Engineering (MSEE), Masters of Business Administration (MBA), and Masters of Public Health (MPH). I will have my MSEE completed in May 2015, once completed I will be eligible to advance in my career to obtain my Professional Engineers License from the New Mexico State Board of Licensure. I also plan on completing my MBA and MPH in 2016 in order to be eligible to advance to a management position within PNM. I decided to obtain a Masters in Public Health to have enough background knowledge to apply in order to volunteer with the elderly within my church community and also the City of Albuquerque. I am very passionate about helping others who are in need, I currently volunteer in the homeless ministry at church. However, being that our aging society is growing and will double within the next 10 years, in addition to the homeless ministry, I want to focus on volunteering in programs that can help the elderly.

I would like to start off with my sincere apology to the two families of Licia Chavez and Rilda (Rich) Vigil. This has been a very trying time not only for my brother Isaiah, but also our family. We are very appreciative that we were allowed the opportunity to have my brother Isaiah released to our custody during this time of his life. He did not intentionally take the lives of the two individuals as he loved both dearly. Our family knows the pain of losing loved ones as we have recently lost my mother's only two brothers and my siblings father, along with some other relatives of our family such as my paternal grandmother and uncle, just months prior to the accident Isaiah was involved in. I started experiencing death at a very young age, my father Steve Martinez was killed when I was 8 years old, my mother and father separated when I was a

toddler. My mother started a family with my late step-father Timothy Trujillo and together had my three younger siblings Whitney, Isaiah, and Anessa.

I want to mention the recent history of our family because it was not clear in the Pre-sentencing report. Since I have graduated from college May 2010 and moved to Albuquerque I have experienced the loss of numerous people who were very close to me. My paternal grandmother whom I was very close to, died in January 7, 2011 after battling heart disease. Several months after my grandmother passed my step-father Timothy Trujillo, whom is Isaiah's Biological Father, was diagnosed with Cirrhosis and was given a period of two months to live in May 2011. During this time Isaiah was battling alcoholism and was in and out of jail; however my sister Whitney and I made an attempt to visit Timothy almost every weekend until his passing on August 20, 2011. Isaiah was held in custody at the Jicarilla Apache Detention Center and was allowed one day to visit his father, and the day Isaiah went to visit his father he passed in his arms. Several months passed and I asked my mother to move with me to Albuquerque in December 2011, because so many people in Dulce were passing due to alcohol and I did not want to lose my mother. In May of 2012 my only paternal uncle (my deceased father's biological brother) whom was in his early 50's, was found decomposing in his mobile home, he died from drinking. At this time I realized that the only male figures in my life who were still alive were my two maternal uncles Dean and Darren (my mother's biological brothers), and my brother Isaiah.

On December 14, 2012, my uncle Darren went missing in the Dulce area during a hunting trip. He and his friends were drinking and got stuck in a heavy snow storm, my Uncle Darren's vehicle slid off of the road. During that time his friends claimed that they all separated and walked into different directions and caught rides back into Dulce, one of the individuals was able to get my Uncle Darrens vehicle back onto the road and drove back to Dulce. Being that we have such a small family my mother was immediately notified that my Uncle Darren was missing and that there was rumor that he was in Albuquerque with my mother and me. We knew in our hearts that my Uncle Darren was somewhere dead in the wilderness, it was confirmed when we didn't get a call from him on Christmas Day. The day after Christmas my mother and I drove to Dulce in hopes to find my uncle. We went and talked to several of his friends and went to the area they were said to have gotten stuck. With a hand full of people including my brother Isaiah we started digging through the snow with shovels for several days. Being that I had to attend work during the first week of January, we decided to see if we can get a search crew together with the proper snow equipment on the weekend of January 4, 2013. On January 5, 2013 also the day of my 29th birthday, my mother Ursula, sister Whitney, brother Isaiah, and his late girlfriend Licia drove out to the site to where we believed my uncle was buried in the snow. The Jicarilla Apache Nation was able to gather a crew to help us search for my uncle, within 15 minutes after the search begin, my uncle Darren was found dead under

three feet of snow right off the side of the highway. This was a very devastating situation that I ever had to endure in my life because my Uncle Darren was like a father figure to me and my siblings. He did not have children so he treated my siblings and me, like we were his kids my Uncle Darren was only 50 years old at the time of his death.

Shortly after my Uncle Darren's passing, we learned that my mother's other biological brother Dean whom was in his mid-50's, became ill while he was incarcerated in Grants, NM for DWI charges. He was transported to Presbyterian Hospital in Albuquerque, NM from the Grants Correctional Facility late March 2013. We weren't able to immediately visit him because he was an inmate, however once the doctor informed our family to make a decision whether or not we wanted to take him off life support within the second day of him being in the hospital, we were able to say our final goodbyes and he passed March 25, 2013. One month after my last living Uncle's death, I received a phone call on April 24, 2013 stating that my brother Isaiah was in an accident and that there were several fatalities. I didn't know what to think, the person whom called me wasn't sure who had passed or who was driving. I prayed and prayed that my brother Isaiah was still alive, I called the police station in Dulce, over and over for hours; however they would not release any information. I was able to finally get confirmation that my brother was alive and that they believe he was the person behind the wheel.  By far everything that has occurred in my life, this was indeed the hardest situation that I had to bear because my only brother was being held responsible for the lives of two people. As a family we didn't have time to cope with the recent deaths that took place prior to the accident.

I knew at this point my family's lives would be very challenging, our faith was being tested however we didn't have any other choice than stand strong and be as supportive as possible for Isaiah. Being that I am strong in my faith, I knew this was another storm that we would one day get through, however we are still in the process of overcoming. Isaiah was arrested immediately after the accident occurred and was transported to Grants County Detention Center. While he was incarcerated my mother and I went to visit him every week during his allowed visitation time. We attended several court hearings and our prayers were answered and Isaiah was able to be released to my custody.

During Isaiah's release to me, he has attended every Sunday service at the church we attend, Legacy Church Central Campus. He also attended all required counseling sessions located at New Awakening every Saturday since his release. Isaiah has been compliant with his requirements of being released. There has been someone with Isaiah 24hours a day since August 8, 2013; our family was more than willing to do what it took to help Isaiah. He studied independently for his GED test; however he feels that he needs classroom time with an instructor to better understand some of the covered topics. Isaiah voluntarily signed up for a 12-step program/men's group through our church and he attends every Tuesday night.

Isaiah comes from a family that loves him and we will do what we can to help him. The men in our family have all died and every death was alcohol related. Growing up on the reservation is never easy for anyone; you are constantly surrounded by alcohol and drugs. It's sad to see that alcohol and drugs took majority of my loved ones away from me and now my brother has to face the consequences as a result of his poor choices he made.

Although Isaiah does not recollect what had happened the night of the accident, or doesn't remember driving, he is taking full responsibility. He is deeply saddened and it took him a long time to open us and talk about how he feels. When you are in his presence you can feel the sadness however he doesn't openly express himself. I believe that he has changed and matured during this time of his life. He realizes that the people he once thought were friends weren't friends and he now lives with regret; however he is doing his best to continue on with his life. I always prayed and continue to pray for my brother's protection and believe he does have a second chance to live life right. After reading Isaiah's presentencing report and having heartfelt conversations with my brother about his relationship with his late-girlfriend Licia, it was hard to grasp what he has been through.

Isaiah is not a violent person and being that he was the only male who grew up with three sisters, he was raised not to ever put his hands on us. No matter how upset we made him and the numerous times we would pick on him growing up, he never hit us. Like me, Isaiah was raised to have respect for his elders. He is a very quiet person and minds his own business. Isaiah is an easy person to get along with and has a big heart for children. He doesn't have children of his own but loved Licia's children. He often speaks of her two younger children, Kariana and Matthew. Isaiah didn't work while he was living with Licia, but he did give her his money that he received from the tribe every month. He cared for Licia's two younger children while Licia was working at the Gas Station under her father. I remember when Licia would leave Dulce to go to Farmington to buy groceries; he would stay behind and care for her two younger children. One of Isaiah's biggest regrets was drinking around the children; however he reassured me that he never put his hands on her children. He didn't have a good relationship with Licia's older son Isaiah, Licia's son Isaiah still had hopes of his mother and father working out their relationship. My brother Isaiah is closer in age to Licia's children than he was to Licia, she was 13 years older than my brother.

Although I know that the relationship between Isaiah and Licia was very dysfunctional, I refuse to say anything negative about Licia because she is deceased and I know how much my brother loved her. On several occasions Licia Chavez called my phone while she was intoxicated and shouted obscenities, one time in particular was the day of my siblings' father's funeral. My brother was unable to attend his father's funeral because he was incarcerated and she was out intoxicated, however she did apologize when she was sober. Like many people who have

alcohol problems they are a completely different person when they are intoxicated, but when they are sober they are very loving and caring, and that was the case with Licia.

Our family is very thankful that we were able to have the time we were allowed during Isaiah's release. During this time we have been encouraging him to keep his faith while he does his time and pray that the people, who cross his path in prison, are people who are looking to change their lives as well. We constantly encourage my brother to keep his faith and remind him of the importance of being completely abstinent from using alcohol and drugs. I know in my heart that the Lord kept Isaiah in our lives for a reason, and I am forever grateful that he is still a part of my family's life. I also believe that with the constant unfailing love, support, and guidance from his family that he can get through this time in his life. I will be there every step of the way for my brother to love, encourage him, and pray for him. Isaiah has been alcohol and drug free for over a year, which is a huge step in his life. I also encourage Isaiah to think about what he is going to do in his future; we have been researching possible jobs that he can pursue when he is released from prison. We know that it will be difficult for him to get a job being a convict; however we are looking at careers that allow individuals like Isaiah to have another chance to contribute to society.

Our family continues to pray for the families of Licia and Rilda, my heart hurts for Licia's children especially. They had to experience so much at a young age, I pray that they are able to forgive my brother one day. Isaiah has realized the horrible impact that alcohol and drugs has had on his life as well as the life of those around him.

Thank you for taking the time to read my letter and again thank you for allowing Isaiah to spend the time he did while being released to our family, I believe the time he has spent with us will contribute to his strength that he needs to get through his time in Prison.

Sincerely,

Apollonia Martinez
P.O. Box 1662
Albuquerque, NM 87103

November 14, 2014

The Honorable Judge Martha Vazquez
United States District Court
Santiago E. Campos Courthouse
106 South Federal Place, Second Floor
Santa Fe, New Mexico 87501

Re: Isaiah Trujillo, USDC No. 13CR1866 MV

Dear Honorable Judge Vazquez,

It is with great sorrow that I have to write this letter pleading mercy from this Honorable Court for my son, Isaiah Dean Trujillo. I know that my son has done wrong and neither he nor his family deny that. However, we recognize that his behavior is due to the nature of his addiction. He has had an alcohol problem for several years. This breaks my heart every day, I'm sure when Isaiah has his wits about him he's cognizant of the pain he caused the families. Without the alcohol, my son is a good person.

We are all saddened due to the nature of how Licia and my Aunt Rilda passed away. I know that if there was no liquor involved on that tragic day none of us would be present today! Many members of the community of Dulce are victims of alcohol. Not anyone of our families is immune from alcohol. I was in two relationships and had four children. The fathers were well respected working citizens in the community. They also died due to alcohol issues. Alcohol has no preference to race or profession. We the family have been through the deaths of my sibling's brother Darren and Dean Cassador in two months span prior to the accident. Isaiah has high remorse for the accident he has a difficult time with this. It is with daily prayer that we work toward getting and keeping Isaiah's name clean from the demons of alcohol. I fully understand that Isaiah should be punished for the crime. I do plead with this honorable court that you take into account that he is an alcoholic. Not in the sense that his actions should be excused but in the sense that he needs treatment. I understand he victimized these families. I hope one day they will see their way to forgiveness. Your honor eight years is a long time as punishment would mesh with rehabilitation before that, and aren't we a society of rehabilitation? He is a non-violent offender, I sincerely pray the court will consider when imposing sentence. It is with a Mother's heartfelt sincerity and love for my Son that I implore this Honorable Court to consider the lesser sentence. Thank you for your time and consideration.

Respectfully,

Ursula Wanoskia
P.O. Box 1662
Albuquerque, NM 87103

November 20, 2014

The Honorable Martha Vazquez
United States District Court
Santiago E. Campos Courthouse
106 South Federal Place, Second Floor
Santa Fe, New Mexico 87501

RE: Isaiah Trujillo, USDC No. 13CR1866 MV

Dear Honorable Judge Martha Vazquez,

It is with great sorrow and regret that I write this letter to your Honor on behalf of my brother Isaiah Dean Trujillo who is due to be sentenced shortly. My name is Whitney Trujillo and I am currently a senior at New Mexico State University in Las Cruces, New Mexico. I am pursuing my bachelor of Social Work degree with a minor in Gerontology and will be graduating in May, 2015. I am currently a social work intern at Mesilla Valley Hospice. I am a Crimson Scholar, a member of the Student Social Work Association, Phi Alpha Honor Society, Gamma Beta Phi Honor Society, Sigma Alpha Lambda Honor and Service Society, and the "We Honor Veterans" Committee at Mesilla Valley Hospice. Upon graduating I plan to attend graduate school in pursuit of a dual Master's degree in Social Work and Criminal Justice.

I would like to extend my deepest sympathies to the families affected by this tragic incident. Licia Chavez and Rilda Vigil were individuals whom I know my brother loved and cared for immensely. He was involved in a relationship with Licia Chavez and was living with her and her children at the time of the accident. Licia and Isaiah did not have the healthiest relationship and both struggled with alcoholism, which is common among the community of Dulce. My siblings and I grew up on the Jicarilla Apache Reservation in the town of Dulce. Our parents struggled with alcoholism over the course of our life and in 2011 my father Abraham "Timmy" Trujillo Sr. died due to cirrhosis of the liver, a result of his life-long battle with alcoholism.

My father received hospice care for three months in Bloomfield, New Mexico and it is my belief that my father waited for his chance to see my brother Isaiah before he died. On the day of my father's death Isaiah was able to visit with my father and say his goodbyes. My father left to be with the Lord August 20, 2011in the presence of family and while holding Isaiah's hand. I know that this incident along with the past deaths and struggles that our family has faced has contributed to Isaiah's abuse and struggles with alcoholism. Isaiah has never been able to receive the type of support he is now receiving since being released in August of 2013. The lack of resources and education to help him work through his grief and properly cope with past losses have contributed to his combat with alcohol abuse. Isaiah now attends weekly counseling meetings at A New Awakening in Albuquerque as well as has voluntarily joined a men's Rehab and Recovery support group at Legacy Church Central Campus in Albuquerque where he attends every Sunday service with my family. Isaiah has continued to comply with the terms of his

release and has demonstrated his ability to remain sober and drug free. Isaiah has also begun to independently study for his GED but he still struggles academically in certain areas. I know that with the proper guidance and interaction in the classroom he will better be able to receive his GED.

Isaiah is a caring individual and enjoys being around children. While my brother does not have children of his own, he loved and accepted Licia's children as if they were his. Isaiah has the support of his family and in his receiving counseling he has been able to reframe his perception on his life and his future. Isaiah has taken full responsibility for the accident though he has stated that he cannot remember anything from that night. He is deeply saddened and remorseful for the pain that he has caused to both Licia Chavez and Rilda Vigil's families. Isaiah has been helpful to both my sister Apollonia and mother Ursula during his release. He is responsible for household chores and various duties around the home. Isaiah has realized that he has received a second chance to make a positive impact in the lives of others. Upon completing his time in prison Isaiah has expressed his interest in using his story to help young adults who are faced with similar circumstances.

I ask that your Honor take into consideration Isaiah's compliance with the terms and conditions of his release. I hope you consider this information in regards to the charges that Isaiah is facing when implementing your honorable decision in this matter. Thank you for taking the time to read this letter.

Sincerely,

*Whitney Trujillo*

Whitney Trujillo
P.O. Box 2432
Las Cruces, NM 88004

Dear Honorable Martha Vasquez,

My name is Ardina Vigil. I am Isaiah Trujillo's great aunt. His mother, Ursula Wanoskia, is my niece. I am 63 years old and now retired. I have had occupations in caregiving to children and the elderly in my years as an employee of the Jicarilla Apache Nation.

Naturally, through the relation to my niece, I have known Isaiah since infancy. Knowing him through his childhood into adulthood. His character and identity has been nothing short of a loving and caring nature to those around him. He and his three sisters have grown up with my own children. I watched them grow up alongside many of my extended families children as well. His manner has always been kind and respectful. In my years of observation and interaction with Isaiah, he has had continuos love and regard for his sisters and mother. His love and devotion to his family and loved ones is immense. This expression of kindness has also been bestowed upon his relatives and friends.

I am aware of the charges against Isaiah. Charges that I cannot fathom or fully come to terms with. In his heart, I am sure that he did not intend for what transpired. I am most certainly sure he did not expect his life would come to this precipice. I can wholeheartedly say that Isaiah is a upstanding young man. A young man with so much potential. A man that needs a chance to prove that to the world that change is possible. A man that needs that chance, despite the tragedy that has brought him to this point in his young adult life. With this letter, this opportunity, I hope that this will shine and bring to light to the true nature of this young person I have the privilege of knowing and loving.

Sincerely,

*Ardina Vigil*
Ardina Vigil

To the Honorable Martha Vazquez,

My name is Sam Padilla I have worked at Public Service Company since 1978. For most of those years I have worked in PNM's Engineering Department as a Project Field Inspector and Site Construction Manager.

I also spend two years in the U. S. Army and received an Honorable Discharge after completing my obligations. My military MOS (Military Occupational Specialty) was "Military Policeman" and when I was stationed in Germany I was honored to be given the opportunity to work with certain members of the United States Army Criminal Investigation Command. I was also selected to serve with a hand picked squad that was tagged as "The God Squad". I also was selected to be a personal body guard to our division General during Reforger V, this was an annual exercise conducted during the Cold War by NATO.

Even though I was drafted in 1972 and my chances of going to Viet Nam were high but not guaranteed (I wanted to go). Once I was in Boot Camp in Fort Ord in California I made it a point and see my commanding officer to volunteer to serve in Viet Nam. Less than two weeks before being deployed President Nixon canceled all orders to Viet Nam.

The reason I wanted to go and serve in Viet Nam was because of my father "Jesus A, Padilla". My father served in the U. S. Army in the Pacific Front during World War II and was considered a "HERO".

My father fought bravely to a standstill for 3 bloody months against the Japanese forces in the Battle of Bataan. Jesus survived the infamous Bataan Death March and was held captive as an American POW for almost three years in camps in the country of Japan.

My father was my Hero not just because of his military exploits but by the way he treated his wife (my mother) I never heard or saw him disrespect my mother or any woman. Jesus was a physically imposing man but never laid hands on me.

*__I wanted to go to Viet Nam so I could see if I was made of the same stuff as my father.__*

Because of my background and the way I was raised I believe I am a good judge of character.

I was introduced to Isaiah Trujillo by his sister Apollonia Martinez who happens to work at PNM as an Electrical Engineer. I have since become a good friend of Apollonia and her family.

I have gotten to know Isaiah since he has been living with Apollonia, along with his mother Ursula and other family members. In the last year and an half I have observed several qualities in Isaiah that I admire. Isaiah is very respectful towards me and like my father shows a great deal of respect to his sisters and his mother.

Isaiah has made a strong spiritual connection with the Lord and I don't think he has missed a single Sunday service. Isaiah's strong connection with his spiritual beliefs has even inspired me to be more involved with my own church.

It is of my belief that if given a chance Isaiah Trujillo can turn his life around and can be contributing member of our society. I don't see Isaiah ever taking another drink of alcohol in his life again but I can see him perusing his love of art and design and eventually getting a college degree in the Arts. I even see Isaiah mentoring young children.

Isaiah has grown and matured immensely since the accident, he is not an evil person but rather a young man who needs a chance to prove to society that he can be someone we can trust and respect.

Thank you for listening to me.
Respectfully,
Sam Padilla
*Sam Padilla*